Raymond Liu, Esq. (SBN 242154)
Liu & Associates
1010 W. Chapman Avenue Ste 200
Orange, CA 92868
Telephone: (714) 516-9535
Fax:      (714) 400-0031

Attorney for Debtor
Maria Sibrian

**FILED & ENTERED**

**JUL 26 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch      **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MARIA SIBRIAN,<br><br>　　　　　Debtor. | Case No.: 6:11-27937 WJ<br><br>Chapter 13<br><br>**ORDER GRANTING VALUATION MOTION**<br><br>Hearing:<br>Date: July 13, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 302<br>　　　3420 Twelfth Street<br>　　　Riverside, CA 92501 |

　　　The Court has considered the motion of the debtor, Maria Sibrian, entitled "Debtor's Motion To Avoid Junior Lien On Principal Residence [11 U.S.C. § 506(d)]" ("Motion"). The Motion pertains to IndyMac Mortgage Services, a division of OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. (collectively, "Creditor") and the real property located at 6982 La Dona Drive, Rancho Cucamonga, California 91701 ("Property"). No party filed any opposition or response to the Motion and the deadline to do so passed. Accordingly,

prior to the hearing scheduled for July 13, 2011, the Court issued a final ruling approving the Motion and waiving appearances at the hearing.

Having considered the Motion, the declarations in support thereof, the papers and pleadings filed in this case, the Court hereby finds that good cause exists to grant the Motion (in part) to the extent set forth in the Court's ruling.

Therefore, the Court hereby ORDERS, ADJUDGES and DECREES:

1. The Motion is granted in part.[1]

2. The Court finds that the Property has a value of no more than $310,000.00 as of May 31, 2011.

3. Any proof of claim of the Creditor based upon a junior lien secured by the Property ("Junior Claim") shall be allowed and treated as a non-priority, unsecured claim in this chapter 13 case and shall be paid through the chapter 13 plan pro rata with all other unsecured claims.[2] The Creditor is not required to, but may file an amended proof of claim asserting its Junior Claim as an unsecured claim to be paid in accordance with the chapter 13 plan in this

---

[1] To the extent that the title of the Motion or the content of the Motion seek relief avoiding, extinguishing, attacking or otherwise modifying any lien, that language and relief is not approved by the Court. The relief granted in this order is limited solely to valuing the collateral of a junior lienholder and determining the treatment of its claims in this bankruptcy case. Nothing in this order shall be construed to avoid a lien or determine the extent, validity, or priority of a lien or security interest. The lien of the junior lienholder will remain of record and the junior lienholder shall retain all rights under the lien unless and until the Court enters a further order or judgment avoiding the lien. If the Court confirms a plan of reorganization and the debtor timely performs all obligations under the confirmed plan, the debtor may thereafter initiate an adversary proceeding pursuant to F.R.B.P. Rule 7001(2) to obtain a further order or judgment extinguishing or avoiding the junior lien.

[2] If, in addition to the Junior Claim, the Creditor is also the holder of another lien against the Property that is the senior lien against the Property, then none of the terms of this order shall be construed to apply to that senior lien or any proof of claim based upon that senior lien. This order only applies to any junior lien of the Creditor.

case. If an amended claim is not filed, the chapter 13 trustee may treat any Junior Claim (secured or unsecured) filed by the Creditor as entirely unsecured.

    4.    No monthly mortgage payments shall be made on account of the Junior Claim.

    5.    The Motion contains evidence indicating it was directed at the Creditor and the Motion also contains *prima facie* evidence that the Motion was properly served upon the Creditor.[3] Therefore, the relief set forth in this order is granted, but only as to the Creditor. This order is binding upon the Creditor (and any successors-in-interest to or assignees of the Creditor) but not upon any other creditor, any affiliate of the Creditor or any other party.

IT IS SO ORDERED.

###

---

[3] Nothing in this order shall be construed as waiving the right of the Creditor to challenge this order pursuant to applicable federal law (including, but not limited to, Rule 60(b)(4) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of Bankruptcy Procedure) if the Creditor can demonstrate the order was obtained as a result of insufficient service of process of the Motion.

*Wayne John* (signature)

DATED: July 26, 2011

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1010 W. Chapman Ave. Suite 200 Orange, CA 92868

A true and correct copy of the foregoing document described as ORDER GRANTING VALUATION MOTION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *7/18/11,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
Hon. Wayne Johnson (U.S. Mail)
U.S. Bankruptcy Court
3420 Twelfth Street Ctrm 302
Riverside, CA 92501
```

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/18/11 | Nancy Jin | /s/ Nancy Jin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Case 6:11-bk-27937-WJ    Doc 18    Filed 07/26/11    Entered 07/26/11 11:44:42    Desc
Main Document    Page 5 of 5

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING VALUATION MOTION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Raymond Liu    yoshizumir@yahoo.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Maria Sibrian
6982 La Dona Drive
Rancho Cucamonga, CA 91701

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

Order Granting Valuation Motion -5